No. M–38. GOWIN v. DADE COUNTY AUTO TAG OFFICE, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES. Motion to direct the Clerk to file petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. M–39. ROBINSON v. ARIZONA. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 106, Orig. ILLINOIS v. KENTUCKY. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $4,988 for the period December 13, 1994, through December 22, 1995, to be paid equally by the parties. [For earlier decision herein, see, e. g., 513 U. S. 177.]

No. 95–124. DENVER AREA EDUCATIONAL TELECOMMUNICATIONS CONSORTIUM, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 95–227. ALLIANCE FOR COMMUNITY MEDIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 973.] Motion of petitioners for divided argument denied.

No. 95–129. EXXON CO., U. S. A., ET AL. v. SOFEC, INC., ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 983.] Motion of Maritime Law Association of the United States for leave to file a brief as amicus curiae granted.

No. 95–157. UNITED STATES v. ARMSTRONG ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 942.] Motion of respondent Robert Rozelle for divided argument denied.

No. 95–266. JAFFEE, SPECIAL ADMINISTRATOR FOR ALLEN, DECEASED v. REDMOND ET AL. C. A. 7th Cir. [Certiorari granted, ante, p. 930.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.